## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | **4:04CV00766** |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **MARYANN DOWNING, et al** | : | **PLAINTIFFS** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, INC., et. al.** | : | **DEFENDANTS** |

## <u>ORDER</u>

Pending is Plaintiff's Motion to Substitute Party (Doc. No. 5).  Defendants have responded (Doc. No. 6).

In the Complaint, Mrs. Downing asserts personal injury claims involving her breast cancer and hormone replacement therapy.  Mr. Downing asserts a claim for loss of consortium.  On April 16, 2007, Mrs. Downing filed a suggestion of death notifying the court that Mr. Downing died.[1]  Now, Mrs. Downing seeks to substitute herself, as the Executor of Mr. Downing's estate, to proceed with Mr. Downing's loss of consortium claim.

Since a loss of consortium claim does not survive the death of the claimant under either Ohio law or common law,[2] Plaintiff's Motion to Substitute Party is DENIED.  Accordingly, Mr. Downing is DISMISSED.

IT IS SO ORDERED this 10th day of May, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 4.

[2]*See* Revised Ohio Code § 2305.21.